IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN McLAUGHLIN, Individually, and as Administrator of the Estate of E.M., a minor; STEPHANIE McLAUGHLIN; SHAWN McLAUGHLIN, as Parent and Natural Guardian of G.M., a minor; and STEPHANIE McLAUGHLIN as Parent and Natural Guardian of G.M., a minor,<br>   **Plaintiffs**<br><br>v.<br><br>AMAZON.COM, INC. AND AMAZON.COM SERVICES, LLC,<br>   **Defendants** | : : : : : : : : : : : : : : : : | No.  3:23cv839<br><br>(Judge Munley) |

## ORDER

AND NOW, to wit, this ___ day of August 2024, it is hereby **ORDERED** as follows:

   1. The Defendants' motion to vacate default judgment and to dismiss (Doc. 16) is granted in part. It is **GRANTED** in that the default judgment is hereby **VACATED**, and it is **DENIED** with regard to dismissal of plaintiffs' complaint;

   2. The plaintiffs' motion for damages hearing (Doc. 10) is **DENIED**;

   3. The plaintiffs' motion requesting a status conference (Doc. 12) is **DENIED** as moot;

4. The plaintiffs are granted an extension of thirty (30) days to properly serve the defendants with the summons and complaint.

BY THE COURT:

/s/ Julia K. Munley

JUDGE JULIA K. MUNLEY
United States District Court