IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN MCLAUGHLIN individually, and as Administrator of the Estate of E.M., a Minor; STEPHANIE MCLAUGHLIN; SHAWN MCLAUGHLIN as Parent and Natural Guardian of G.M., a Minor; STEPHANIE MCLAUGHLIN, as Parent and Natural Guardian of G.M., a Minor,<br>　　　　　　　Plaintiffs<br><br>　　v.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES, LLC,<br>　　　　　　　Defendants | No. 3:23cv839<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 30 day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that the motion to dismiss plaintiffs' complaint filed by Defendants Amazon.Com, Inc. and Amazon.Com Services, LLC, (Doc. 32), is hereby **GRANTED** in part and **DENIED** in part;

　　a. The motion to dismiss is **GRANTED** as to portions of Counts V and VI of the complaint;

　　　　i. Plaintiffs' claim for breach of implied warranty of fitness for a particular purpose in Count V is **DISMISSED** with prejudice;

ii. Plaintiffs' claim for recklessness as a separate cause of action in Count VI of the complaint is also **DISMISSED** with prejudice;

b. The defendants' motion to dismiss is otherwise **DENIED**;

i. Specifically, the defendants' motion to dismiss is **DENIED** as related to plaintiffs': 1) claim for breach of express warranty in Count V; 2) claim for breach of implied warranty of merchantability in Count V; 3) claim for negligence in Count VI; 4) claim for negligent misrepresentation in Count IX; 5) claim for equitable relief in Count X; and 6) request for punitive damages.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court